**Charles L. JORDAN, Plaintiff-Appellant,**

v.

**COUNTY OF LOS ANGELES,
Defendant-Appellee.**

**No. 79–3112.**

United States Court of Appeals,
Ninth Circuit.

Feb. 23, 1984.

Alan Terakawa, Los Angeles, Cal., for defendant-appellee.

Walter Cochran-Bond, A. Thomas Hunt, Los Angeles, Cal., for plaintiff-appellant.

**SECOND ORDER AMENDING OPINION**

(Opinion, Aug. 18, 1983, 11 Cir.1983,
713 F.2d 503)

Before TANG, SCHROEDER and NELSON, Circuit Judges.

The Order Amending Opinion filed January 19, 1984,* is withdrawn.

The opinion filed August 18, 1983, is amended as follows:

After the fourth paragraph of the opinion, the following paragraph shall be inserted:

*Falcon* does not prohibit "across the board" class formation in every instance. *See* [*General Telephone Co. v.*] *Falcon* [457 U.S. 147], 102 S.Ct. [2364] at 2371 n. 15 [72 L.Ed.2d 740] (Across the board

* Editor's Note: The only change made by the order of January 19, 1984, was the addition of a new paragraph after the fourth paragraph of the original opinion; the paragraph so added is revised by the second order of amendment.

actions aimed at a specific hiring practice are permissible under Rule 23). However, even though it would be permissible to form a class of all black applicants challenging a specified hiring practice, we must conclude after recomputation of the actual number of rejected black applicants, that such a class in the present case would still fail under the numerosity requirement of Rule 23.